UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:15-CR-25-H-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| TARLESTER GREEN | |

Upon motion of the Defendant Tarlester Green, and for GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 110 be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk provide a signed copy of the ORDER to Defendant Green's counsel.

IT IS SO ORDERED this 22nd day of July, 2015.

MALCOLM J. HOWARD
Senior United States District Judge

1